

*Certiorari Granted.* (*See also No. 222, Misc., supra.*)

No. 431. ANDRES *v.* UNITED STATES. ▮▮▮▮▮▮
Certiorari granted. *O. P. Soares* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States. ▮▮▮▮▮▮

*Certiorari Denied.*

No. 441. STERNBERG, CO-TRUSTEE, ET AL. *v.* ST. LOUIS UNION TRUST CO., CO-TRUSTEE. ▮▮▮▮▮▮ Certiorari denied. *S. Mayner Wallace* for petitioners. Reported below: 163 F. 2d 714.

Nos. 443, 444 and 445. ATWOOD ET AL. *v.* KLEBERG ET AL. ▮▮▮▮▮▮ Certiorari denied. *Brady Cole* for petitioners. *Leroy G. Denman, Marcellus G. Eckhardt* and *Robert F. Campbell* for respondents. ▮▮▮▮▮▮